# Exhibit A

**DECLARATION OF OUSMANE SOUMARE:**

I, Ousmane Soumare, declare pursuant to 28 U.S.C. § 1746:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am 36 years old, and I am an immigrant from Mauritania. I speak Soninke and a bit of French, Arabic, and Hassaniya. In Mauritania, I was enslaved and treated very badly. I fled to the United States to seek freedom and request asylum, and had to leave my wife and daughter back in Mauritania. I currently live with several friends and roommates in West Philadelphia.

3. I entered the United States on or around May 9, 2023, by crossing the border into Arizona, near Sonoita. Shortly after entering the United States, I was stopped and detained by Customs and Border Protection (CBP). CBP held me in detention for about two days before they released me into the United States. Right before CBP released me, CBP agents took my fingerprints and did some sort of medical tests (including a mouth swab and a nose swab). Then, they gave me some papers. I did not understand exactly what these papers said because I do not speak or read English.

4. Through a French interpreter, I understood that I would have to check in with officers from Immigration and Customs Enforcement (ICE) once a year moving forward. My first check-in was scheduled for July 11, 2023.

5. After I was released from detention in Arizona, I flew to Philadelphia on an airplane. I chose to move to Philadelphia because I knew some people from Mauritania who live here. I have lived in the same house in Philadelphia since I moved here nearly three years ago.

6. I was able to hire an immigration attorney to help me apply for asylum. I hired her in or around October 2023.

7. I have been careful to do everything right in my immigration case. I have attended every check-in that ICE scheduled for me, and my attorney helped me file my asylum application promptly. I did not have any hearings before an immigration judge between the time that I arrived in the United States and when ICE re-detained me during my third annual check-in in November 2025, but I plan to attend every hearing once they start.

8. I have worked hard to build a life for myself in Philadelphia. Shortly after I moved here, I went to school several days each week to learn basic English. Once I got a job, I had to

1

stop attending school; I could not both study and work. I had planned to return to my studies once I settled into my job, but I haven't been able to do so yet. Now, I study in my own time by watching educational videos on my phone. I hope to improve my English.

9. I have worked at several different jobs since I arrived in Philadelphia. My first job was in food production. In this job, I prepared whole chicken, chicken breast, turkey breast, and wings, and baked them in a large oven. I also did some dishwashing. Some days, they assigned me to work in a warehouse. I worked at this job for a year and several months.

10. I also worked as a delivery driver. Later, I worked at a pizza restaurant. I also briefly worked for a meat processing company.

11. On or about November 11 of last year, I started a new job in retail, but as explained more below, ICE arrested me three days later on November 14, 2025, and I lost that job. It wasn't my fault that I lost the job; I could not show up because ICE detained me.

12. Once I was released from detention, I worked as a delivery driver until I could find a more permanent job. I briefly took a job at a fast food company. Eventually, a friend referred me to a home care company. The company contacted me to come in for an interview, which they let me do in French and Arabic. Then, I provided my work authorization and my social security number, and got a tuberculosis test and a few other medical tests. They offered me the job in April 2026.

13. At the home care company, I take care of the elderly and people with physical and mental disabilities who are unable to care for themselves. I give them their medication, change their diapers, prepare their meals (and sometimes feed them by hand), sit with them, and provide them with whatever else they need.

14. Outside of work, I have a strong community of friends, many of whom are also asylum-seekers (or asylum recipients) from Mauritania. My friends created a WhatsApp Group for us to stay in touch. We sometimes meet up at the homes of the elders in the group.

15. I also have met people through my mosque in West Philadelphia. I attend mosque at different prayer times.

16. I hope to stay in the United States and build a stable life here. Eventually, I want my wife and daughter to join me from Mauritania.  For now, I send money back to support them. The money I send pays for food and my daughter's schooling.

17. Right now, I live in a house with seven roommates, one of whom is my close friend. At the end of each month, we divide up rent and all bills between us.

18. I worked to get my driver's license, which I received last year. Once I got my license, I saved up money to buy a used car off Facebook Marketplace from a person who sells vehicles.

19. In short, I am working hard to build a safe and stable life in the United States. I have been learning English first in school and now through self-study. I have worked at several different jobs to earn money to pay my bills, support my family in Africa, and purchase a car. I have found a community of friends and a faith community. I have been working with my immigration attorney so that I can remain in the United States, and have been very careful to attend my check-ins. My time here has not always been easy but I am grateful for what I have been able to achieve so far, even though I miss my wife and daughter.

20. In the weeks leading up to my third ICE check-in on November 14, 2025, I heard that ICE was arresting people at their check-ins. This made me worried but I attended my check-in anyway. I wanted to make sure that I did everything correctly for my immigration case and followed all the rules that ICE put in place so that I could continue building my life here.

21. I was worried, but because I had not missed any previous check-ins and have never had any trouble with the police, I did not think I would be detained unless I violated the conditions of my supervision.

22. On November 14, 2025, I went to the Philadelphia ICE Office for my appointment. The appointment was a regularly-scheduled check-in, just like my two previous check-ins. I arrived at approximately 11:00 am.

23. In the ICE office, I waited for ICE to call my name. There were a number of other people waiting for their check-ins, but I don't believe that any of them spoke Soninke or were Mauritanian, so I could not communicate with them during the wait. Eventually, an ICE officer called my name, led me into another room near the waiting area and took my driver's license and everything else I had on me: my bus pass, my money. The officer told me I was being arrested.

24. The officer gave me some papers and locked me up with chains around my hands, feet, and waist. I did not understand what the papers said and I don't have copies of the documents. They told me to sign the papers so I did. Afterward, a French interpreter

3

came in and explained what the papers were after I had already signed them. I understood some of what the interpreter said but not everything because I only have a limited knowledge of French. I don't remember the officers taking my photograph or fingerprints at the ICE office.

25. When the ICE officers were done, they let me contact my lawyer, and I told her that I had been arrested. I told her I had signed the documents that ICE put in front of me but that I didn't understand what I had signed. I also said that I was surprised ICE chose to arrest me because I had been to all my check-ins and didn't do anything bad. I had heard of others being arrested and knew it was possible. But I didn't think they would arrest me because I had done everything right.

26. I was held at the ICE office for about two-and-a-half or three hours. ICE arrested a bunch of other people. During the wait, ICE officers gave us a small cup of water and a bag of noodles. They only gave each person a single cup of water and we could not get a refill.

27. Eventually, they put us into a van and drove us to a nearby jail, the Federal Detention Center (FDC) in Philadelphia. When we arrived there, we had to wait for a long time as they put us into their system – but they did give us cold and hot water during the wait. Jail officials took my photograph and drew my blood. There was no interpreter. They gave me a form that asked a number of questions: Had I committed a crime? Had I sexually assaulted anyone? Had I ever thought of killing myself? The form was in English and I was able to understand it a little, but not fully.

28. I did not like staying at FDC. The unit where I was held had a top floor and a bottom floor. Each floor had small rooms with bunk beds. The only thing I could do was lie in bed all day; they did not give us time outside. I did not feel safe. There were people screaming, people with mental issues. I saw one person attack another, who hit his head on the ground. The police were called.

29. During my time at FDC, I was able to contact my attorney, and she filed a petition for habeas corpus in a federal court in Philadelphia. I wanted my freedom back and felt bad at FDC.

30. After five or six days at FDC, ICE gathered up me and a number of other people, put us on a bus, and drove us for about four hours to Moshannon Valley Processing Center. When I arrived at Moshannon, guards again asked some basic questions and took pictures of me.

4

31. At Moshannon, I could move around more and there were more things to do than at FDC. The guards even gave us time in the yard. The food that they gave us was just barely enough to feel full, and not good quality.

32. On December 3, 2025, after about three weeks of detention, a guard at Moshannon let me know that I was going to be released. As I was getting ready to leave Moshannon, ICE gave me back my wallet with my bus pass and money. They did not give me my ID back, which made me upset.

33. While I was frustrated that ICE lost my ID license, I was extremely happy to be free again. I had not known how long I would be held at Moshannon. I met people there who had been detained for five or six months, or in some cases, much longer. I had worried that I would also be locked up for that long, but in the end, I got out after less than a month. I felt lucky.

34. On or about December 9, 2025, after I got back to Philadelphia, ICE gave me an ankle monitor. I must wear it all the time, even when I bathe. The ankle monitor makes my life difficult. Sometimes, the battery gets low or dies, and I have to charge it. It can take up to two hours to charge, and while it is charging, I can't leave my house. I have to plan my life around the ankle monitor.

35. Three times, my ankle monitor has broken. When it breaks, ICE contacts me with an interpreter and tells me. I don't know when or why an ankle monitor breaks; ICE just contacts me and tells me that it no longer is giving a signal.

36. I had a home check-in for my ankle monitor on May 20, 2026. During home check-ins, ICE gives me a large window of time in which they might show up at my house. I cannot leave my house until an ICE officer arrives and inspects my ankle monitor. If the ICE officer arrives toward the end of the window of time, I will not be able to leave my home all day. In my most recent home check-in, they showed up early in the window of time, but I was in the shower. They called and left me a message asking where I was. I called them back as soon as I got out and told them I had been showering. Fortunately, they came back within one minute and the rest of the home visit went smoothly. They took pictures of me standing in my home to prove that I was there.

37. My time in detention had a few bad impacts on my life. I lost the new retail job I had started. I also lost a full month of wages. I am lucky that I did not lose my housing

and because I own my own car, I was able to deliver with DoorDash to start earning a little bit of money right away.

38. Now that I am free, I will continue to pursue my asylum case. But my life has a lot more uncertainty now. I know that I could be detained by ICE at any time even though I follow all the rules. My understanding is that even though I won my habeas case, I can still be re-arrested by ICE. I worry that they will take me in again even though I'm trying to be very careful to meet all the requirements of the ankle monitor.

39. My next check-in is on July 28, 2026 and I feel very anxious about the risk of being re-detained. It affects my mind a lot. My family in Mauritania relies on me for money, and I can't send them money if I am detained. And if I am detained, I will have to pay additional legal fees to seek my release again, after already having to pay those costs once before. I don't earn much money and these expenses add up. Getting re-detained also makes me worry that it will be more likely that I will get deported to Mauritania, where I was enslaved and treated terribly. It will be harder to fight my asylum case in detention – and it will also make it harder for me to pay my legal fees. When I think of the risk of being re-detained at my next check-in, it scares me. But I will still attend because I want to follow all the necessary steps to stay here.

40. I understand that, as a class representative, I represent the interests of everyone in the class, and not just myself. I am prepared to stay informed about what is happening with my case and stay in touch with my attorney to give them information they need. I am committed to being a class representative because I do not want other people to be unlawfully detained or to live in fear of being detained as I am. I have never served as a class representative in any prior action.

41. Through interpretation, this declaration was read to me in full in Soninke on May 21, 2026, by Keith Armstrong.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct, and that this declaration was executed at Philadelphia, PA, this 1 day of June, 2026.

_____
NAME

_1 /6 /26_____
DATE

6

## CERTIFICATE OF INTERPRETATION

I, Keith Armstrong, certify that I used an interpreter fluent in Soninke and English to review this declaration with Ousmane Soumare. I further certify that I have read the foregoing to Ousmane Soumare with an interpreter fluent in Soninke and English. I further declare that I am competent to review this declaration through interpretation and that I would testify to the same under penalty of perjury if I were called upon to do so.

*Keith Armstrong* 6/1/26

7