# Exhibit B

**DECLARATION OF: M.P.B.**
**IN SUPPORT OF PLAINTIFFS' MOTION TO STAY EFFECTIVE DATE OF AGENCY ACTION OR PRESERVE STATUS OR RIGHTS**

I, M.P.B., declare pursuant to 28 U.S.C. § 1746:

1.   I have personal knowledge of the facts set forth in this declaration.

2.   I am 36 years old, and I am an immigrant from Guinea. I have lived in the U.S. since March 2023 and live with my uncle, his wife, and their four children all of whom are U.S. citizens. We live in Philadelphia, Pennsylvania.

3.   I entered the United States on or around March 21, 2023, through the Mexican border. I came to the United States seeking safety. I was detained by Customs and Border Patrol (CBP) after entering without inspection in Arizona. I was taken to a detention center and was detained there for about two days. I showed them my identification from Guinea and was asked for the address of who I was going to live with.

4.   After I was released from the detention center, I was given a phone to check in on every week. I was also given paperwork which had instructions to present myself at the ISAP office in Philadelphia and was given a court date for May 8, 2023. I called my uncle who bought me a plane ticket to Philadelphia before I was taken to the airport. Since I moved to Philadelphia, I have lived with him and his family.

5.   After my release, I have worked with my pro-bono attorney to submit my asylum case, and I continue to work with them on next steps. I have my work permit, social security card, and driver's license. I have also made sure to comply with all my appointments.

6.   Since moving to Philadelphia, I have built my life here and have been heavily involved in the community because helping others is my passion. I have also bought a car and pay insurance on it. I have always made sure to pay my taxes. I have volunteered with multiple organizations, including a city agency and a non-profit. I was also involved with a program at a local non-profit organization that supports the immigrant community as a participant. When I graduated from the program, I received a certificate as a thought leader. The instructor of the program told me about an open part time position as an instructor. They encouraged me to apply, so I did. In September 2024, I got the job and have worked there since. I was very excited to start this position as it was my first job in the U.S.

7.   I am also a Muslim. I have found a few mosques in the city where I go to pray. I volunteered at a local mosque this past Ramadan to help serve food when we broke our fast.

8.   I have also made efforts to become more proficient in English. I took English classes and received a certificate of achievement for English as a second language. I have completed other certifications as well, including a certification for tutoring Digital Skills from the city.

1

9.   I am also currently enrolled in my second year at a local college for my Associate's in Cybersecurity and am expecting to graduate in 2028. I am a recipient for a scholarship that covers all my college expenses. I am heavily involved on campus and have received multiple awards recognizing my involvement. I was also elected this year to serve in a leadership position for a student organization on campus.

10. Along with building my life here, I have made sure to comply with all my check-in requirements. I had my first appointment with ISAP on April 4, 2023. Here, they told me I would continue to check in on the phone for about four months and was given a date to return the phone. I returned the phone after about four months to the same office and was given paperwork which had instructions to present myself at the ICE Philadelphia Field Office that same day.

11. I went to the Philadelphia Field Office and went upstairs. I gave the person behind the window the paperwork that was given to me at the ISAP office. They asked me for ID. They also asked if I was still living at the same address, to which I said yes. I was then given a piece of paper with instructions that my next scheduled check-in will be in one year.

12. When I returned for my appointment for 2024, I checked in at the machine downstairs. After checking in at the machine, I was given an appointment to check back in on July 21, 2025. For my appointment in July, I went to my check-in with my attorney. I was very scared to go to this appointment because I was afraid of being detained. Even though I had not done anything wrong and had gone to all my appointments, I was still afraid of being detained. I was afraid of losing everything I have worked for. I went to the machine to check in and received a piece of paper that said my next check-in would be on July 21, 2026.

13. As for my court date, before my first scheduled court date for May 8, 2023, I received a letter saying that my court date was rescheduled for one year later. Then before my rescheduled date, I heard from my attorney that it was pushed back to May 2026. However, my attorney let me know they received a notice that the date was changed now to March 14, 2028.

14. Seeing everything in the news and people being detained at their ICE check-ins has caused me a lot of stress, because I am worried about being detained at my next check-in. I have worked hard to build relationships here in Philadelphia. I see immigration status as something very private, and I am worried about being detained and how that might affect my relationships and how I am perceived. I have seen how people are chained after they are detained by ICE, they look like criminals. I can't imagine myself being chained. I have done so much, and I believe that I don't deserve to be detained.

15. I have heard of multiple people being detained at their ICE check-in, including two of my friends that I have met through the mosque. One of them was detained at their ICE check-in scheduled just a few days after I had mine in July. After a few months in detention, he was deported back to his home country. Another friend of mine was also detained at his ICE check-in and after several months in detention, he was released. He shared with me how difficult it was being in detention; he felt that his human rights were not respected in detention. It was also very hard for him to get medical treatment there. I am worried how my whole life can be turned upside down if I am detained at my next check-in. I am also nervous just seeing ICE officers

2

around the city in public spaces. I have never committed any crimes and have followed all the rules. I do not believe I should be afraid of being detained.

16.  I am on a scholarship at the college I attend and have been scared how my possible detention could impact my studies. The scholarship is for three years. I have even checked with the college to see if there's a way to reserve the scholarship if I had to take a pause. They said no.

17. I am very afraid about going to my check-in in July. The fear has impacted my studies. I am constantly stressed because I worry if I were to be detained how it will impact my involvement in the community, including my job and my leadership positions on campus. I have not been sleeping well recently. I am worried about seeing ICE in public and what could happen to me. I avoid going to stores like Walmart because I fear seeing ICE agents there. I was also so excited about the World Cup having matches in Philadelphia and got a ticket for a match from my job. But I am worried about ICE being present at these matches and am considering whether I should go at all or just return my ticket. It is stressful for me because I can't take part in things I'm excited about without this fear of encountering ICE and being detained. However, I will continue to comply with all the conditions of my release because I want to continue with my asylum case and to build my life here as I go through that process with my family and community. I also want to continue working towards my long-term goals and my passion for contributing to the community.

18. I understand that, as a class representative, I represent the interests of everyone in the class, and not just myself. I am prepared to stay informed about what is happening with my case and stay in touch with my attorney to give them information they need. I am committed to being a class representative because I do not want other people to be unlawfully detained or to live in fear of being detained as I am. I have never served as a class representative in any prior action.

19. This complete declaration was read to me on June 10, 2026, by Jessie Rios Benitez. I completely understand the content of this declaration.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct, and that this declaration was executed at Philadelphia, Pennsylvania this 10th day of June, 2026.

M.P.B.

3