# Exhibit C

**DECLARATION OF: LASSANA DIANIFABA**
**IN SUPPORT OF PLAINTIFFS' MOTION TO STAY EFFECTIVE DATE OF AGENCY**
**ACTION OR PRESERVE STATUS OR RIGHTS**

I, Lassana Dianifaba, declare pursuant to 28 U.S.C. § 1746:

1.  I have personal knowledge of the facts set forth in this declaration.

2.  I am 34 years old, and I am an immigrant from Senegal. I have been in the U.S. since 2023. I am married and have one son who is turning 3 years old in July of this year. They are both still in Senegal. I currently live in Philadelphia, Pennsylvania.

3.  I entered the United States on or around April 24, 2023, through the Mexican border. I turned myself in to Customs and Border Patrol (CBP) after entering without inspection. I came to the United States seeking asylum.

4.  I was detained by CBP in California. I was taken to a detention facility and was detained there for about six days or one week. I was asked for my passport and the address of where I was planning on going to. I did not have my passport returned to me.

5.  When I was released from detention, I was given paperwork and was told by an agent at the detention center that I would need to present myself at an ICE check-in scheduled at the Philadelphia Field Office. After leaving the detention center, I was taken to a hotel where I was able to contact my family. My cousin was able to buy me a ticket to Philadelphia for the next day. Once I arrived in Philadelphia, my cousin picked me up who I lived with after first moving to Philadelphia.

6.  Since my release, I have made sure to follow all my supervision requirements. After moving to Philadelphia, I have taken steps for my asylum case. I hired an attorney and filed for asylum around October 2023. I had my master calendar hearing in June 2024.

7.  I have built a life here since coming to the United States. I first lived with my cousin in Philadelphia before I moved in with two friends. Among the three of us, we split the living expenses. I also have built a community of friends. I have a close friend who is a single mother and I have become close with their children. I help her with picking up and dropping off their children at school, as well as anything else I can help with. The children see me as a father figure.

8.  I have also found a few mosques where I go to pray. I usually go to one in West Philadelphia but depending on where I am in the city when it comes time to pray, I go to the one closest to me according to Google search.

9.  I found a job working as a cook at a local university which has allowed me to be able to send money back to support my family. I send the money to my younger brother or sister, who take care of the needs of my wife and child. I also opened a bank account and have a credit card

that I pay off. In September 2025, I bought a 2017 Toyota Rav4 at a dealership in New Jersey. I have been paying off the car every month.

10. I have made sure to comply with all my check-in requirements. I went to my first appointment. I checked in for my appointment upstairs and was given a form to fill out. I had my photo taken and was given a code to use for my next scheduled appointment for the following year.

11. A subsequent appointment was scheduled for June 2025. However, I was very sick that day and could not make it. I contacted my attorney and explained what happened and showed her my doctor's note. She contacted ICE and let them know what happened. She was able to get me a new check-in appointment for a few days later. I went to check in and was given my next check-in date for October 20, 2025.

12. I had heard of people being detained at their ICE check-ins and this made me very scared. I had anxiety about my upcoming check-in appointment and what would happen to me.

13. For my appointment on October 20, 2025, I went to my appointment with my friend who is also my roommate and had a scheduled check-in that day too. We both checked in at the machine. After I checked in, a piece of paper printed out and showed that I had my next scheduled check-in for April 20, 2026. However, when my friend checked in at the machine, the piece of paper that printed out did not have a date. My friend had to go upstairs.

14. Unfortunately, my friend was detained that day at their check-in. They called me afterwards and explained what happened. I asked them if they had done anything, and they said no they had followed all the rules and they were not a criminal. I was very upset that this happened to my friend and this also made me more scared about my next check-in.

15. I got very sick prior to my check in appointment on April 20, 2026. I had to be hospitalized for shingles. I was very nervous about going to my appointment and did not want to go because of the condition I was in. I spoke to my attorney and showed them the doctor's note from the hospital. I told them I was feeling very weak and although I had been released from the hospital, I did not know if I could make it to the appointment. I was also feeling really scared after seeing what happened to my roommate but wanted to comply with my check-in requirement.  My attorney told me I needed to go and they said they would go with me, but I needed to pay them. It was expensive, but I felt better having them go with me, so I agreed. They went with me to my April 20, 2026 check-in.

16. My check-in window that day was from 11am-3pm. We arrived at the office at about 2pm. I checked in at the machine. However, I saw the paper did not have a date printed on it. I began to feel very scared.

17. I went upstairs with my attorney. My attorney explained to them that I was sick, and it was contagious. I was given a form to fill out, and my attorney helped me fill it out as I was feeling so sick. I returned the form and was given a document which listed my next check-in date

for October 20, 2026, at 8am. However, this paper was different from the paper I had printed out at my last check-in at the machine. The paper does not have a code for me to check in at the machine which means I will have to come back upstairs.

18. I am very anxious and scared about my next appointment. After seeing what has happened to my roommate, I am scared that the same will happen to me at my next check-in. My roommate is still in detention, and it has been hard to make ends meet as the expenses we used to split among three people, now we are splitting it between two. Even this past week, I heard about someone else who I know was detained at their appointment. Every time I hear about a new arrest happening, it causes me a great deal of stress.

19. The fear of being re-detained has made it very difficult to sleep at night. I have started eating less because my appetite goes away every time I am reminded of my check-in. I am very afraid whenever I think about the possibility of being detained. I worry about being taken away from my community and my friend's children. I know that if I were to be detained, they would ask about me and miss me. My friend would also struggle with school pick-up and drop-off.

20. Despite my fears about my next check-in, I am going to make sure to continue all my supervision requirements. I am seeking safety and asylum here, and I know I need to follow the process. But I am really scared about being detained.

21. I have not committed any crimes or broken any rules of my supervision. I do not believe I should be detained for following all the rules.

22. Since coming to the U.S., I have been able to create some community here. I work and provide for my family back in Senegal. I am working with my immigration attorney on my asylum case, and I have my next hearing scheduled for June 29, 2027, at 1pm.

23. I understand that, as a class representative, I represent the interests of everyone in the class, and not just myself. I am prepared to stay informed about what is happening with my case and stay in touch with my attorney to give them information they need. I am committed to being a class representative because I do not want other people to be unlawfully detained or to live in fear of being detained as I am. I have never served as a class representative in any prior action.

24. Through interpretation, this declaration was read to me in full in French on June 5, 2026, by Jessie Rios Benitez.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct, and that this declaration was executed at Philadelphia, Pennsylvania this 5th day of June, 2026.

Lassana Dianifaba

3

## CERTIFICATE OF INTERPRETATION

I, Jessie Rios Benitez, certify that I used an interpreter fluent in French and English to review this declaration with Lassana Dianifaba. I further certify that I have read the foregoing to Lassana Dianifaba with an interpreter fluent in French and English. I further declare that I am competent to review this declaration through interpretation and that I would testify to the same under penalty of perjury if I were called upon to do so.

6 / 5 / 26
_____
Date

_____
Jessie Rios Benitez

4