# Exhibit D

**DECLARATION OF: A.D.**
**IN SUPPORT OF PLAINTIFFS' MOTION TO STAY EFFECTIVE DATE OF AGENCY**
**ACTION OR PRESERVE STATUS OR RIGHTS**

I, A.D., declare pursuant to 28 U.S.C. § 1746:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am 23 years old, and I am an immigrant from Guinea. I speak French. I was born in Ivory Coast, but both of my parents are Guinean, and I lived there for most of my life. I have lived in the U.S. since 2024 and I currently live in Philadelphia, Pennsylvania.

3. I entered the United States on or around January 3, 2024, by crossing the border into Arizona. Shortly after entering the country, I encountered immigration officials that took me to a camp that was like a detention center. I came to the U.S. to seek safety.

4. Once at the camp, I was asked if I had any diseases and specifically, any skin contagious diseases. They also asked me for the address of where I was planning to go. They took a picture of me and a copy of my fingerprints. They also took my passport.

5. At the camp, I did not understand what was happening. I speak French and at no point while I was there was I explained anything with a French interpreter. All the information given to me was in English. I had to sign some papers, though I am not sure what for since it was all in English and I do not know how to read or speak English. I remained there for about two days before I was given paperwork and taken along with others to a hotel.

6. At the hotel, there were people that spoke French. I was able to ask them what the paperwork given to me was for. They explained that I had been given an I-862 form, which stated that I had a court date set for 2025. They also explained to me that after I made it to the address that I had given to immigration officials, I needed to report to the ICE office listed within a certain number of days.

7. I stayed at the hotel for around three to four days before I was able to get on a flight to Pennsylvania. A friend of mine lived there and they were the ones that were able to buy the ticket for me. Once I arrived, I went to live with them and their wife and kids in Clifton Heights, Pennsylvania.

8. I made sure to do everything right and to go to all my check-in appointments. I have never been late or missed an appointment. I filed for asylum with some help from a friend in 2024, since at the time I could not yet afford to pay for an attorney. I received my work permit and social security card. I was able to hire an attorney in 2025.

9. Moving to the United States was a big change for me. I struggle with anxiety and found a therapist to help support me. I opened a bank account, and I also worked hard to build my credit score. I contributed to the living expenses and paid $500 every month. I wanted to improve my

1

English and started looking into English classes. I always wanted to get my GED and one day attend community college.

10. I found a job at the airport and prepared food for flights there. I got along with my coworkers and had one good friend, but I mostly kept to myself. It's not very easy for me to make friends, I usually like to keep to myself. Also, since I was struggling with my mental health, I was focused on just working and improving my mental health, including my anxiety.

11. I had a court date initially scheduled for June 2025. I had downloaded an app on my phone to keep up with the updates for my court date, and a few days before I had my hearing, I received a message that my court date was cancelled. I contacted my attorney and they confirmed that it was cancelled and we had to wait for a new court date.

12. I had a scheduled check-in on September 8, 2025, and had a window to check-in from 11am to 3pm. I got to the Philadelphia Field Office early, a little before 11am. I told my attorney ahead of time about my appointment. I had heard of people being arrested at their check-ins and was feeling nervous about my appointment.

13. I entered the office and I was directed to the machine to check in. After I filled out my information at the machine, a piece of paper was printed out. It was in French, and a security guard told me to go upstairs with him. I followed him up and spoke with a lady. I showed her my papers from the border and my passport. I was then given a form to fill out that was in French and English. After I filled it out, I returned it to the lady.

14. Then, I waited for a while in the waiting room. An agent stepped out and called my name. I followed him into another room. It was a large room with workers sitting behind computers and multiple agents standing around the room. One of the agents walked up to me and started speaking to me and used his phone to translate what he was saying to me. He told me I had entered the U.S. illegally and that there was a law that said I could not be free anymore, so I had to be arrested.

15. I was asked if I wanted to make a call and was given about five minutes to do so. I called my attorney to tell him what had happened and he told me to stay calm and that he would work on getting me released. I also shared my friend's contact information as a point of contact and asked him to let him know that I was arrested.

16. I had my fingerprints and picture taken. I was shown a document to sign, but it was in English. I told them I did not want to sign because I did not understand what it said. However, I felt pressured to sign, they kept saying to sign to move things along quickly even though I kept telling them I did not want to. Eventually I signed.

17. I was taken into a room structured like a jail. They put handcuffs on me and put chains on my feet and waist. There were other people detained too. During this time, I was not given anything to drink or eat. I was there for about an hour before they escorted us outside, where there were vehicles that took us to the Federal Detention Center of Philadelphia (FDC).

2

18. Once we reached FDC, they gave us bags to put our clothes and shoes inside and gave us a uniform to change into. We were given food to eat and taken to our cells. I stayed around 3-5 days there.

19. I struggled during my time there. It was not easy sleeping on the mattress, I would wake up and my whole body would be aching from how uncomfortable it was. It was hard to adjust to the food; I am used to eating African food. I did not really eat the food. The environment was not clean either.

20. My arrest was very traumatic, and it took a toll on my mental health. I filled out a form because I was dealing with a mental struggle, and I thought I would be able to speak to someone, but I did not. I basically fell apart in detention and did not have someone to talk to while this all was happening.

21. After FDC, I was transferred to Moshannon. They handcuffed me and put chains around my waist and legs, and I remained chained for about four to five hours. I was not allowed to use the bathroom during this long ride. No food or water was given to us either.

22. Once we arrived at Moshannon, we were given clothes and forms to fill out. I had my picture taken. I was also given a shot; I think a vaccine for tuberculosis though I am not sure. Then I was taken to my cell. Even though I was still struggling mentally, I decided not to say anything because I saw it was a waste of time since I was not able to talk to someone at FDC when I thought I would.

23. At Moshannon, it was not easy either. The cells were very crowded. I was arrested at a time when there were multiple people brought to Moshannon, so it was very overcrowded. I had to buy food from the commissary because the food was so bad. The jail was also very dirty. There were many disruptions from the guards, they would wake us up at all hours by making noises, sometimes in the middle of the night. We also had to be careful as to how we spoke to them because if we responded back in a way they did not like, we could be put in isolation for weeks. Some of the guards were nice but many were very strict. If someone did not listen to them, they would come at 6am and yell at them, waking everyone up.

24. The worst part was when you got sick. You could be there for a long time before you can get medical attention. I felt they did not take our health seriously and they hesitated to bring people to outside medical help like a hospital.

25. Aside from lack of health care access, they forced everyone to work. I thought work was supposed to be voluntary and reimbursed at a few dollars a day. There were areas that were not clean and they would assign people to clean just the same section of the cell. Instead of having staff cleaning the spaces, they would make detainees clean.

26. For my asylum case, it was very hard to manage everything in detention since I had to manage everything while I was there. I did not have a lot of time to prepare everything. I had a hearing a few weeks after being detained and I had my final hearing for my asylum case in November 2025. The immigration judge denied my asylum claim. I was given the opportunity to

3

appeal. The appeal was made in December, and I am still waiting for a decision on the appeal from the judge.

27. In January 2026, my attorney filed a habeas petition for my release. It was granted and I was given a bond hearing in April of this year. Thankfully, the judge ordered my release. I am very grateful that I was granted release. I feel very lucky because many people remain in detention and should not be there. I was in detention for 7 months. I am so relieved that I was released.

28. When I was released, I was given paperwork which included instructions to report to an office that same month for an appointment. I went to this appointment with someone who speaks French from a non-profit that helped me with my case. I went to the appointment and there, they explained to me I was being enrolled into a different program. I would no longer go to the ICE office for my check-ins but would instead be enrolled in a different surveillance program. Every two months, I must go in-person for an appointment to check in and for the months I did not have an in-person appointment, they would come to where I live to check that everything looked good. They also explained to me that I would also start reporting on an app on my phone every week and need to take a selfie. They also explained to me that I can only travel within Pennsylvania, Delaware, and New Jersey.

29. Adjusting to my life since my release has been extremely difficult. I had a lot of support with getting situated, but it's been hard. The world kept going while I was in detention and I feel like I have been left behind, which has made it very hard to adjust. Prior to being detained, I had worked very hard to build a good credit score. However, during my detention I could not make my payments. When I was released, I had a large balance on my credit card and saw that my credit score had lowered a lot. Having to start over after being released was really hard and this debt made it a lot harder.

30. I also lost my job at the airport. I had to find a new job. Thankfully, I was able to find a new job and am trying to bring order into my life. I am no longer living with my friend in Clifton Heights and am currently living in Philadelphia.

31. Since my release, I have continued to struggle with my mental health. I have nightmares about my time in detention. Thankfully, I have been able to reconnect with my therapist and continue with our sessions.

32. I still want to pursue my goal of improving my English and get my GED so that I can one day go to community college. I have taken a test to see where my English level is currently at. I recently passed my last test which showed I was at a fifth-grade level. I am currently waiting to get my next test scheduled and I hope to start classes soon.

33. I still struggle with life outside detention but am so thankful to be out of detention. Even though I fear being re-detained, I am making sure I follow all the rules. I want to stay here and rebuild my life while I wait for next steps from the judge on my appeal.

4

34. Through interpretation, this declaration was read to me in full in French on June 17, 2026, by Jessie Rios Benitez. I completely understand the content of this declaration.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct, and that this declaration was executed at Philadelphia, Pennsylvania this 17th day of June, 2026.

_____
A.D.

5

**CERTIFICATE OF INTERPRETATION**

I, Jessie Rios Benitez, certify that I used an interpreter fluent in French and English to review this declaration with A.D. I further certify that I have read the foregoing to A.D. with an interpreter fluent in French and English. I further declare that I am competent to review this declaration through interpretation and that I would testify to the same under penalty of perjury if I were called upon to do so.

6/17/26

Date

Jessie Rios Benitez

6