# Exhibit E

**DECLARATION OF: DEMBA SOKHONA**
**IN SUPPORT OF PLAINTIFFS' MOTION TO STAY EFFECTIVE DATE OF AGENCY**
**ACTION OR PRESERVE STATUS OR RIGHTS**

I, Demba Sokhona, declare pursuant to 28 U.S.C. § 1746:

1.  I have personal knowledge of the facts set forth in this declaration.

2.  I am 31 years old and from Mauritania. My upbringing in Mauritania was very difficult. I was born into slavery. I lost my parents at a young age. My stepmother raised me and my younger sisters. I did not have the opportunity to go to school or learn how to read. I was persecuted in Mauritania when I wanted to fight for my rights, but I found a safe home here in the U.S. and a way to begin a new life.

3.  I speak Soninke and can speak some basic French. I do not know how to read and never had the opportunity to learn how. In Mauritania, I became involved in a movement that works to fight to end slavery. I was arrested multiple times for my involvement in protests and fled to escape violence as I received multiple threats from the police that they would kill me.

4.  I entered the United States on or around July 28, 2023, through the Mexican border. I came to the United States seeking asylum.

5.  I was detained by Customs and Border Patrol (CBP) after entering the U.S. without inspection in Arizona. I was taken to a detention center and was detained there for 2-3 days. While in detention, I had my fingerprints taken, my passport reviewed, and I was asked questions including where I was from. I was asked for the address of relatives or where I was planning to go after being released. I had heard of an office in New York City where they were helping migrants and I gave them this address. When I was released, I was given paperwork, which I did not understand as I do not know how to read, and the documents were in English. I do not speak or read English. I was asked what language I spoke, but they did not have a Soninke interpreter. They asked if I spoke any other languages, and I then told them I could speak a little bit of French, but they also were not able to get a French interpreter. So, they explained it to me, and they used their phone to repeat back what was said to me in French. The agent who gave me the paperwork used the phone and pointed at the dates. They told me it was important to respect these dates and appointments.

6.  Once I was released, I was released with other people who spoke Soninke whom I had met when I was coming to the border. I was able to ask them if they understood what the documents said. They marked on the document and told me that anything that said "appointment" was important, and I could not miss it, including my first ICE check-in at the NYC ICE Field Office. It was not until after I settled in the United States that I understood the process of applying for asylum and that I would need to hire an attorney to do that.

7.  After being released, I was taken to a hotel in Arizona where they asked me again where I was planning on going. At this time, I was able to contact one of my cousins who was able to

1

buy me a plane ticket to New York. I lived briefly in New York. I had my first ICE check-in appointment in New York. I went to my appointment and provided the documents that were given to me upon release. I requested an interpreter for my appointment but was not given one. The person I spoke to tried to explain things using their hands as I do not understand English and do not know how to read. But I understood from the paper they gave me that I was given my next ICE check-in appointment for in or around August 2025, at the same ICE office in New York.

8.    After living briefly in New York, I moved down to Philadelphia and began living with a close family friend in an apartment. I found a job working at a warehouse in Delaware and contributed to rent. Prior to my detention, I split the rent and utilities with my friend. We signed a lease for the apartment, and the electric bill is under my name. I was also able to seek medical care for my teeth as I have been experiencing pain in my mouth from what happened to me in Mauritania. The dentist here told me that some of the teeth need to be extracted and for some there is nothing to be done.

9.   I also began constructing my community here. I am Muslim and I found two mosques in Philadelphia that I would pray at. I also have my friends here and have improved my quality of life. I have been able to connect with people who are also from Mauritania and who I am close to and are sponsors for my case.

10. I continued to make sure to follow all the rules and do everything right for my immigration case. I also followed all U.S. laws. I hired an attorney once I moved to Philadelphia and worked with her to apply for asylum in 2023. I received my work permit and social security card. I also told my attorney about my check-in for in or around August 2025. Since I was now living in Pennsylvania, my attorney worked to change my ICE check-in appointments to Philadelphia instead of New York. My attorney let me know my appointment in New York was cancelled and I was given a new check-in date at the Philadelphia ICE Field Office. My new check-in date was September 3, 2025.

11. My check-in was scheduled for September 3, 2025, at 8:00 am. I went to the Philadelphia Field Office for my scheduled check-in with my friend. Upon entering the office, I was asked by the security guard at the entrance if I had an appointment, to which I replied yes, and I was instructed to go upstairs. My friend waited for me on the first floor as I was expecting to just present my documents as I was instructed for my check-in. Once I went upstairs, I walked up to a lady that was sitting behind one of the windows. I gave her all my documents, including my Social Security card, work permit, and the documents I received when I was first released by Border Patrol. She kept my passport and documents from Border Patrol but returned my other documents to me. I asked her if she needed the rest of the paperwork, and she said no and told me to wait in the waiting area. After waiting for about 30 minutes, an ICE agent came out and asked me if I was Demba, to which I said yes, and I was told to follow them and was taken into another room.

12. As soon as I walked into the room, I was told to take a seat. In the room, there were at least thirty people. On the staff side, there were about seven to nine ICE officers who I knew were ICE officers because they all had an "ICE POLICE" logo on their shirt. There were also

2

workers that were sitting behind desks in professional clothing and were talking to other people that were also being detained. I could tell they were being detained because they were in handcuffs.

13. An ICE officer who I knew was an ICE officer because he had an "ICE POLICE" logo on his shirt came up to me and handcuffed my hands and feet. While this was happening, I saw the lady that I had given my documents to and saw her hand off paperwork to one of the staff members sitting behind one of the desks. I asked them why they were doing this to which they replied "oh you didn't know? You're being arrested". I was in shock.

14. The officer pulled out his phone and asked me if I spoke French. I used my hand to show I only speak a little French and told him I speak Soninke. They responded and said they only could use French on Google Translate.

15. I then asked them why they were doing this, and they just said it was because I had to be in detention. After this, they took my phone, then another ICE agent came up to me and told me he had all my documents and again told me they were detaining me. I asked him why I was being detained even though I gave them everything that they asked for. I was confused because I had not done anything wrong and had followed all the rules, including my ICE check-ins. The agent just said, "that's protocol." Again, I asked why they were doing this since everything I had handed over to them was valid, to which they just responded they were still detaining me. They then showed me a document. I am not sure what it said as I cannot read.

16.  I was then directed to walk over and speak to one of the staff members behind the desks, the same one I saw speaking to the lady who I handed my documents to. They told me they had all my information and they took my fingerprints. I was still in shock and given that I wanted to make sure I understood everything that was happening, I asked for an interpreter. My native language is Soninke, and I can only speak some French but am most comfortable speaking Soninke. They did not have a Soninke interpreter but brought out a French interpreter, so I tried to manage with that. Given I only know how to speak some basic French, when I did not understand what they were saying, I asked them to repeat but in simpler terms so I could understand. The interpreter explained to me that the document given to me showed my new court date hearing for September 15, 2025. I was told that I needed to contact my consulate about what was happening. I told them that I did not want to contact them and I wanted to speak to my lawyer. I was told that I was able to make calls at this time. However, they did not allow me to directly use my phone, instead they held my phone and asked me who I wanted to call. I first chose to call my lawyer to tell them what was happening to me. I then asked to call my friend who was waiting for me downstairs, and they held the phone to my ear and did not allow me to use the phone myself. I told my friend what had happened. After speaking with my friend, I asked if I could contact my close family friend who I was living with at the time to also let them know what had happened.

17.  After speaking with them, I was held in a room with around ten other people that were also being held in there. The room was really cold. I stayed in this room until I was taken along with a few others to the back of the building. They put a chain around my waist, I felt like a

3

criminal because I had only seen criminals chained this way. Then I was taken into a white bus along with about five other people.

18.  We were taken to the Federal Detention Center in Philadelphia and given a uniform and taken to a cell that I shared with someone else. While I was there, I was given a new uniform and saw someone from medical who gave me a shot. It was very cold at FDC. I do not do well with the cold. I got sick and was exhausted. After this first week at FDC, I had lost weight.

19.  After about a week at FDC, I was transferred to Moshannon. For the transfer, they handcuffed my hands, feet, and waist and I remained chained throughout the entirety of the drive, which took several hours. I was transferred along with about 20 other people. On the way to Moshannon, the bus stopped at a gas station and also picked up more people who were detained. We were not given any food.

20.  I was at Moshannon for many months. I was given a master calendar hearing for September 15, 2025. Then I was given my immigration hearing for on or around October 10, 2025. Once I went in front of the judge, I shared my experience back in Mauritania. Despite sharing my fears of returning to Mauritania and my fear of what would happen if I go back, the judge was sympathetic to my story, but he did not grant asylum but instead granted withholding of removal because he found the Circumvention of Lawful Pathways (CLP) applied. The judge gave me thirty days to file an appeal, which I did. I understand that recently a judge said this rule, the CLP, was not okay to be used to deny someone asylum. It is my understanding that this judge's decision on the CLP could impact my appeal.

21. I was recently transferred to Pike County Correctional Facility. I am still in detention and waiting for the next steps. I have now been in detention for over eight months. The day I was detained, I was supposed to go to work later that day. However, now as a result of my detention I have lost my job and my source of income. This has resulted in not being able to contribute to the rent and utility bills that I would split with my roommate. My detention has made it difficult for him to continue paying rent. He's asked me to see if I think I will be released because it has been hard for him to manage the bills he used to split with another person.

22. I am still in shock this has all happened to me. Life was difficult for me in Mauritania, and I became involved in the political movement because I wanted to fight for my rights. I have lost and suffered so much. I left with the hope of a new beginning. I saw this as my first chance to have a safe home and now look where I am. I ran away from evil to come for freedom and this is where I am now. I can't believe I am being caged here even though I did everything right.

23. Being in detention these past eight months has also taken a toll on me. It's difficult being locked up in a cell. If you don't control yourself, it is easy to lose your mind being here.  I continue to have pain in my tooth and even though I express this when I see someone from medical, all they give me is painkillers. Also, with so many of us in the same space, when someone gets sick, we all get sick. Prior to detention, I did not get sick as many times as I have in detention.

24. I never expected this to happen. I have complied with all the conditions of my release, presented myself at all my appointments, filed for asylum, and followed all U.S. laws. I have never committed a crime, and I have struggled in my time in detention. I have lost a lot of weight and suffered from being in detention.

25. Through interpretation, this declaration was read to me in full in Soninke on June 11, 2026, by Jessie Rios Benitez. I completely understand the content of this declaration.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct, and that this declaration was executed at Lords Valley, Pennsylvania this 11th day of June, 2026.

_____
Demba Sokhona

## CERTIFICATE OF INTERPRETATION

I, Jessie Rios Benitez, certify that I used an interpreter fluent in Soninke and English to review this declaration with Demba Sokhona. I further certify that I have read the foregoing to Demba Sokhona with an interpreter fluent in Soninke and English. I further declare that I am competent to review this declaration through interpretation and that I would testify to the same under penalty of perjury if I were called upon to do so.

6/11/26

Date

Jessie Rios Benitez

7