# Exhibit F

**DECLARATION OF: BALLA TOURE
IN SUPPORT OF PLAINTIFFS' MOTION TO STAY EFFECTIVE DATE OF AGENCY
ACTION OR PRESERVE STATUS OR RIGHTS**

I, Balla Toure declare pursuant to 28 U.S.C. § 1746:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am 33 years old, and I am an immigrant from Mauritania. I speak French. Back in Mauritania, I was an active anti-slavery protester. For my involvement, I was arrested and persecuted. Because of this, I left Mauritania to come to the U.S. to seek asylum.

3. I entered the United States on or around June 4, 2023, through the Mexican border. I was detained by Customs and Border Patrol (CBP) upon entry in Arizona. I was taken to a detention center and was detained for about two days. While I was in detention, I was asked questions including my country of origin. Once I was released from detention, I was given paperwork which included a date for which I needed to check in with ICE later in 2023 as well as a court date for an initial hearing in Philadelphia for September 2024.

4. After I was released, I came to Philadelphia, Pennsylvania to live with my uncle and my cousins. I went to my first ICE check-in appointment in 2023 and showed the documents that were given to me when I was released from detention. I continued to check in every three months, since every time I checked in at the machine, I was given a new check-in date to come back in three months. I also hired an attorney who helped me file for asylum.

5. Since moving to Philadelphia, I have created my life here. I applied for asylum and I received my work permit and social security card. I also got my driver's license. I started working at a bakery and was able to pay for my expenses as well as support my family back in Mauritania.

6. I have been able to build my life here. I was connected to a homeowner and found a place to live in the basement of their home. I lived here before I was re-detained and after being released by ICE. I pay a monthly amount to the homeowner, which includes utilities. I am Muslim and go to a mosque in Philadelphia that is close to my home to pray. I also purchased a car in cash for $5,000 and pay insurance for it every month.

7. I had my initial immigration court hearing in September 2024, but my attorney let me know that it was postponed to February 2026, but it was postponed again. I am now waiting for a new court date. I have made sure to go to all my ICE check-ins and had had about eight check-ins before the appointment I was detained at.

8. On December 16, 2025, at 11am I arrived at the Philadelphia Field Office for my check-in appointment. I walked up to the machine and did my check-in the same way I had done for my last few check-ins. However, when I completed my check-in, the piece of paper that printed out did not have a date printed on it like it had in the past. I thought this was strange since the last time I checked in at the machine, the slip of paper printed out my next check-in date. There was

1

an officer that was standing by the machine who told me that I needed to go up to the third floor. I got a bad feeling, because in the past few times I had checked in at the machine, I had never seen an agent standing close to the machine.

9.   I went up to the third floor and spoke to someone that was behind one of the windows. I showed them the documents I brought, which were the documents that were given to me when I was released at the border. I was given a form to fill out, which was in French. The form asked for my name, address, A number, and if I was taking any medication. I returned the form back to them. I was then told to go wait in the waiting area and there were many people waiting there too. While I waited, I was very stressed because I started to worry that I would be detained. After waiting for about an hour, an ICE officer came out and called my name. I followed them into another room.

10. In the room I was taken to, there were multiple ICE officers that were wearing regular clothing but had holstered guns on their side. There were also staff members that were sitting behind computers. I also saw there were a few other people that were being detained. When I entered the room, one of the agents told me that I was under arrest. I was in shock and didn't understand why this was happening. I told them I needed to speak with my lawyer. The only thing they said back was okay. I was able to call my attorney and explain to them what was happening. Then the agents gave me a piece of paper to write down contacts I had on my phone. I wrote down the number for my attorney and my family.

11. After writing down my contacts, I was detained in a room that had many other people that were detained. I remained there until the evening when I was transferred to the Federal Detention Center of Philadelphia (FDC). I was taken along with multiple other people into a van. We were put in chains at our hands, feet, and waist.

12. Once we made it to FDC, I had my fingerprints taken. I was also weighed and measured for my height. I was given a new uniform to change into before being taken to my cell. My experience in detention was terrible. The food that was given to us was horrible.  I felt so alone, there were only a few others that were also from Mauritania. It was very cold there.

13. My attorney was able to file a habeas petition for me while I was in detention, and it was granted. I was in detention there for four days before my habeas petition was granted. I was released on December 19, 2025. I was given paperwork. I received all my belongings back but did not get back my social security card or my driver's license. My phone was also broken when it was given back to me. The screen was cracked and it had ink on it.

14. I had a check-in scheduled for March 2026 and I went to the office. When I entered, I showed the security guard the paperwork I was given when I was released. I was told I needed to go upstairs. I went to the person behind the window, and I showed them the document. They told me my next appointment would be in September 2026.

15. I am still processing everything that happened to me. I still don't understand why I was detained as I had gone to all my check-ins and did everything right. I have not committed any

2

crimes, and I don't even drink or smoke. I have made sure that since I entered the country to follow all laws as I want to continue building my life here. I fear going back to Mauritania.

16. I am afraid to go to my next check-in appointment in September. My arrest and experience in detention was very traumatic and it has had a lasting impact on me. I am afraid of being detained by ICE again. While I am afraid to go to my next check-in appointment in September, I have no other choice because I want to stay in the U.S. I plan to continue to go to all my check-ins and follow all the rules so that I can continue to move forward with my asylum case.

17. My detention has also impacted my loved ones. My detention caused a huge stress for my family in Mauritania; they were so happy to hear when I was released. My father passed away in January, which happened a few weeks after I was released. It was hard to grieve so soon after being released from ICE detention because I was just trying to process that and get my life back together.

18. I also initially lost my job after ICE re-detained me. I was upset about losing this source of income because ICE suddenly arrested me for no reason. But after speaking with my boss and explaining everything that had happened to me, they agreed to let me have my job back.

19. I have lost both of my parents and want to continue to help my siblings back in Mauritania who depend on me to help with financial help on housing, electricity, and food. I want to keep fighting for my asylum case so that I can continue to be safe here in the U.S. I have been doing everything the right way including going to my check-ins and working to support myself.

20. Through interpretation, this declaration was read to me in full in French on June 10, 2026, by Jessie Rios Benitez. I completely understand the content of this declaration.

3

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct, and that this declaration was executed at Philadelphia, Pennsylvania this 10th day of June, 2026.

Balla Toure

## CERTIFICATE OF INTERPRETATION

I, Jessie Rios Benitez, certify that I used an interpreter fluent in French and English to review this declaration with Balla Toure. I further certify that I have read the foregoing to Balla Toure with an interpreter fluent in French and English. I further declare that I am competent to review this declaration through interpretation and that I would testify to the same under penalty of perjury if I were called upon to do so.

6 / 10 / 26
Date

Jessie Rios Benitez

4