# Exhibit M

**DECLARATION OF ELENA EMELCHIN BRUNNER.  UNDER PENALTY OF PERJURY UNDER 28 USCA §1746**

I, Elena Emelchin Brunner, declare under penalty of perjury under the laws of the United States of America:

 I have personal knowledge of the facts set forth in this declaration.

1.  My name is Elena Emelchin Brunner.  I am currently employed by Asian Americans United as an Immigrant Rights Organizer. I am based in Philadelphia, Pennsylvania where Asian Americans United (AAU) maintains an office. AAU was founded in 1985 to provide support to people of Asian ancestry in the Philadelphia area.  I have been employed by Asian Americans United for one (1) year and work in Philadelphia, Pennsylvania.

2.   As an Immigrant Rights Organizer I provide supportive services for members of our organization.  Among the services that I provide is accompaniment to appointments that our members have with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE). I accompany our members who are not fluent in English and who speak languages other than Spanish.   In this capacity, I have been permitted to enter the ICE Philadelphia Field Office located at 114 N. 8th Street, Philadelphia, PA by ICE to provide accompaniment to our community members who are often nervous to go alone.

3.  I am also the lead person in our office for the detention watch program. This program is made up of over 100  volunteers from the Philadelphia area who support people who are required to check in with ICE at the ICE field office in Philadelphia on a recurring basis. Volunteers either accompany people who do not speak English or Spanish into the building or support people going into their check-ins in front of the building by providing snacks, water, and information that would be helpful if they are detained by ICE.

1

4. The people that I have accompanied are currently in immigration proceedings and pursuing applications to remain in the United States such as asylum and are required to check in periodically with the ICE Philadelphia Field Office. The people that I have accompanied are people who entered the United States and were briefly detained at the border but then released and have been living and working in the Philadelphia area while their immigration cases proceed.

5. When people arrived at the ICE Philadelphia Field Office you must wait on a line that can extend onto the street if there are too many people to fit into the line inside the building. Once inside the building, you stand online until you reach a security checkpoint where you are required to go through metal detectors and place your belongings on the screening belt. It is similar to what you would do at an airport.

6. Once through the security line, people have paperwork that requires them to check in with CART (Compliance Assistance Reporting Terminal) or as we called it a kiosk.  The paperwork has a bar code that you have to scan at the kiosk, and then the kiosk will generate your information. You are required to have your photograph and fingerprints taken.

7. In the second half of 2025, I have accompanied multiple people to ICE check-ins who were detained simply because they showed up to their check-ins and not because they were in any way dangerous.

8. For example, on September 24, 2025, I accompanied a family to a mandatory check-in appointment. The family went in for their mandatory appointment, went through security, and were instructed to go to the third floor. They were told to wait. We waited, and ultimately the father was called by an officer through the side door and was told he was being detained.

2

9. We were all in shock. He had no decision on his asylum case, no criminal record and had attended his previous check-ins, except for one that he could not attend due to illness, for which he provided a doctor's note and had promptly rescheduled the check-in as per ICE's protocol. He was held at Federal Detention Center in Philadelphia and then transferred to Pike County, all while his wife and children waited at home for his release.

10. Before detention, he and his family followed all rules for their asylum case. He had a job and he was taking additional educational classes after work. After detention, he was not hired back by his employer. He and his family initially came into the US through the Mexico-US border, seeking asylum, and were detained briefly before being released. His re-detention created financial obstacles, struggle, and harm to this family.

11. We have continued to see community members detained in the same way. They attend their mandatory ICE check-ins, are instructed to go to the third floor, and are detained.

12. In addition, on or about June 4, 2026, ICE stopped one of our community members on the street near his home. ICE then took the community member into custody with no prior notice or opportunity to contest detention. He came to the United States to seek safety in February of 2022, was detained for approximately one month and then released by the government and was living, working and pursuing his asylum application.  Fortunately, our organization was able to get him pro bono legal counsel who filed a habeas petition and the Court ordered his release approximately five days later.

13. And this continues. Just between May 1st and May 13th, 2026 (9 business days), we have supported 10 cases regarding someone re-detained at their ICE check-in in Philadelphia, some who have been detained for over 5 months at Moshannon Valley Detention Center because they did not have access to a lawyer who could file a habeas petition for them.

14. Some community members have been released because lawyers were able to file habeas petitions with the federal Court, and the Court ordered their release so they can continue to go through their immigration proceedings while being supported by family, friends, and community instead of being held in prisons.  Even though these community members have been released, not everyone is able to obtain an attorney to file a habeas petition for them. And the harms our community members suffer from being re-detained are significant—they get separated from loved ones, lose their income sources, and are thrown into a confusing and cruel detention system.  All our community members had done nothing wrong. They were all fully complying with the ICE appointments and their court dates and they had not been arrested or received any criminal charges or convictions. They were living peacefully with their families in the Philadelphia area.

15. Our community members now live in a state of constant fear that they are going to be taken away when they go to the ICE Philadelphia Field Office for their mandatory check-ins. Even when they comply fully and completely, they are detained. It feels like everyone is at risk and ICE no longer cares about whether they have been complying with all that has been asked of them. It seems to me that the re-detentions are just done on a whim, without looking at a community member's circumstances. That feels so arbitrary and wrong when the consequences of re-detention are so serious for our community members.

16. Even when a community member is able to win release, which right now has to be through habeas, they do not feel safe. They still have fear. This is the case even for community members who were detained just briefly. ICE detention  impacts people emotionally and physically.

17. Many of our community members are fleeing from countries where the government has persecuted and tortured their citizens and have come to the United States for safety. Our community members do not understand how the United States government, whom they regarding as caring about people and respecting the law, can just take them away at the check-in appointments that they have been dutifully appearing for on the date and the time instructed by the Philadelphia Field Office.

18. The consequence of these detentions is doubt and skepticism in the government. When community members follow every rule and instruction from the time they first entered the US through an approved pathway, often to the point of hypervigilance and anxiety, and are still detained, it creates doubt in the reliability of our government's rules. It harms trust.

19. We have received calls from people who did not request an accompaniment from AAU, but who ended up being detained by ICE at their check-in. They and their loved ones are thrown into a state of fear and extreme confusion. Their family often has no idea what happened to their loved one or where they are. It is terrifying.

20. We have received many more requests for support and heard much more concern about possible detentions at ICE check-ins within the Philadelphia Field Office due to fear of detention. Previously, community members thought they were safe to follow ICE's prescribed check-ins, but now they are fearful of being detained.

21. Economically, detention is bad for local communities and businesses. When someone is detained, the family often goes from a two-parent household to a one parent household, very quickly. The family struggles to make ends meet if one parent isn't able to work and requires commissary funds and finances for additional legal support, which impacts each adult (who otherwise wouldn't need financial support and would continue to build a strong foundation),

5

their employer, their fellow employees, their landlord, their local businesses that lose out on their patronage.

22. I cannot advise our community members of anything more than what I have described here. I honestly do not know if on any given day a community member will be detained or permitted to leave.

23. The following is based upon my work and experience in my professional capacity.

I, Elena Emelchin Brunner, do declare, pursuant to 28 U.S.C. §1746, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   Philadelphia, Pennsylvania
         June 21, 2026

_____
        ELENA EMELCHIN BRUNNER