# Exhibit N

**Case Chart**

Below is a case chart of a sampling of 53 district court cases involving 54 re-detentions by the Philadelphia ICE Field Office where the decision discussed or referenced compliance with release requirements. All petitions on this chart resulted in relief of some kind, whether it be bond or straight release. This is not a complete list of all cases involving re-detentions by the Philadelphia Field Office as some decisions are not available on Westlaw or Lexis, which is where all the cases examples below are from.

| Case | Compliance |
|---|---|
| *Diallo v. Lowe*, No. 3:26-CV-395, 2026 WL 596731 (M.D. Pa. Mar. 3, 2026) | Petitioner "regularly attended routine supervision appointments with immigration officials and did not miss any appointments or violate the terms of his release whatsoever." *Id.* at *1 (internal quotations omitted). |
| *Calzado Diaz v. Noem*, No. 3:25-CV-00458, 2025 WL 3628480 (W.D. Pa. Dec. 15, 2025) | Petitioner "fully complied with all terms of his release." *Id.* at *1 (internal quotations omitted). |
| *Patel v. McShane,* No. CV 25-5975, 2025 WL 3241212 (E.D. Pa. Nov. 20, 2025)[1]* | Petitioner "has checked-in with ICE twice pursuant to his OREC" and "has no criminal history." *Id.* at *1. |
| *Yicheng Qiu v. Lowe*, No. 3:25-CV-02569, 2026 LX 31994 (M.D. Pa. Feb. 25, 2026)* | There is no "evidence or arguments that Qiu violated the terms of his release or has a criminal record." *Id.* at *2. |
| *Ndiaye v. Jamison,* No. CV 25-6007, 2025 WL 3229307 (E.D. Pa. Nov. 19, 2025)[2]** | Petitioner "has complied with all the conditions of his release, attended every check in, and has no criminal convictions." *Id.* at *1. |
| *Dokvadze v. Lowe*, No. 3:26-CV-361, 2026 WL 596730 (M.D. Pa. Mar. 3, 2026) | Petitioner "did not miss any appointments or violate the terms of his release whatsoever." *Id.* at *1 (internal quotations omitted). |
| *Anirudh v. McShane*, No. 25-6458, 2025 LX 584288 (E.D. Pa. Dec. 9, 2025) | Petitioner attended ICE check ins as "a condition of his release" and "never been arrested for a crime or apprehended by law enforcement apart from his immigration arrest." *Id.* at *3-4. |

---

[1] Cases with one asterisk next to them are by Palladino, Isbell & Casazza, LLC, which is the law firm where Attorney Declarant Chris Cassaza is a partner. These 16 cases are included in this chart but have also been accounted for in the Complaint in the number of re-arrests so far, *see e.g.*, Compl. ¶ 127 (alleging more than 200 re-arrests and re-detentions despite no material change in circumstances).

[2] Cases with two asterisks next to them are through a pro bono habeas project by the Philadelphia Defender Association. These 6 cases are additional examples to the 21 cases that Attorney Declarant Lilah Thompson references in her declaration.

1

| Case | Compliance |
|---|---|
| *Yilmaz v. Warden of Fed. Det. Ctr. Phila.*, No. CV 25-6572, 2025 WL 3459484 (E.D. Pa. Dec. 2, 2025) | Petitioner was detained "while he was complying with ICE reporting requirements" and "has no record of arrest in the United States or anywhere in the world." *Id*. at *1. |
| *Rodrigues Pereira v. O'Neill*, No. CV 25-6543-KSM, 2025 WL 3516665 (E.D. Pa. Dec. 8, 2025)* | Petitioner "has not committed any crimes, and he has complied with all directions from immigration authorities." *Id*. at *1. |
| *Conde v. Jamison*, No. 25-6551, 2025 LX 582697 (E.D. Pa. Dec. 5, 2025) | Petitioner "has not violated the terms of his release in any way and has never engaged in criminal activity." *Id*. at *3. |
| *Garcia-Zamora v. Jamison*, No. CV 25-6656, 2025 WL 3642088 (E.D. Pa. Dec. 16, 2025) | Petitioner "worked lawfully paying taxes… attended check-ins as required at the ICE office in Philadelphia, Pennsylvania in October 2022, November 2023, and November 2024. Petitioner filed a timely application for asylum." *Id*. *2. |
| *Gonzalez Centeno v. Lowe*, No. 3:25CV2518, 2026 WL 94642 (M.D. Pa. Jan. 13, 2026), *adhered to*, No. 3:25CV2518, 2026 WL 196513 (M.D. Pa. Jan. 26, 2026) | Petitioner "has no criminal record. He obtained lawful and gainful employment." *Id*. at *1 (citations omitted). See also "the government's interest in detaining noncitizens 'to ensure the appearance of aliens at future immigration proceedings and to prevent danger to the community' is mitigated by Gonzales Centeno's compliance with the conditions of release, including reporting to the ICE ERO Field Office in Philadelphia for a scheduled interview and a 'routine check-in' prior to the holidays, despite knowing his risk of detention under the present administrative policies." *Id*. at 4. |
| *Perez Suspes v. Rose*, No. 25-6608, 2025 WL 3492820 (E.D. Pa. Dec. 5, 2025) | Petitioner "has complied with all directions and requirements of asylum and immigration officers and has no criminal record aside from traffic citations." *Id*. at *1. |
| *Quispe v. Rose*, 819 F. Supp. 3d 362 (M.D. Pa. 2025)* | Petitioner "complied with the conditions of his release and has no criminal record." *Id*. at 366. |
| *Aparicio v. Lowe*, No. 3:25-cv-02413, 2026 LX 35296 (M.D. Pa. Feb. 25, 2026) | Petitioner "has no criminal record, either here or in Venezuela. He timely applied for asylum in April 2024, and he was granted a work permit in September 2024. His asylum petition has not yet been adjudicated. At the time of his arrest and detention, he was gainfully employed as a driver and delivery worker.<br>Diaz Aparicio has complied with all directions and requirements of asylum and immigration officers since submitting his application for asylum." *Id*. at *3. |
| *Hurtado v. Jamison*, No. CV 25-6717, 2025 WL 3678432 (E.D. Pa. Dec. 18, 2025) | Petitioner "attended his routine supervision appointments without fail…maintains valid employment authorization, is gainfully employed in Berks County, Pennsylvania, and has no criminal history." *Id*. at *1. |

| Case | Compliance |
|---|---|
| *Pak v. Hoover*, No. 3:26-CV-00379, 2026 WL 624165 (M.D. Pa. Mar. 5, 2026)* | Petitioner "compl[ied] with the conditions of her release" and "has no criminal history." *Id*. at *2. |
| *Sepulveda- Leyton v. O'Neill*, No. 3:25-CV-00498, 2026 WL 25116 (W.D. Pa. Jan. 5, 2026)* | Petitioner "appeared as directed and at that time was enrolled in monthly biometric reporting. The record also reflects that Sepulveda-Leyton has an approved I-765, which authorizes him to work in the United States…On November 26, 2025, Sepulveda-Leyton reported at his regularly scheduled appointment at the DHS office in York, PA and was arrested." *Id*. at *2 (internal quotations and citations omitted). |
| *Castillo Reyes v. Rose*, 820 F. Supp. 3d 343 (E.D. Pa. 2026) | "Mr. Castillo Reyes has attended regular check-ins with ICE. Mr. Castillo Reyes does not have a criminal record. Neither the Department of Homeland Security ("DHS"), nor its sub-agencies, have made any claim that Mr. Castillo Reyes is a danger to persons or property or is a flight risk." *Id.* at 347 (citations omitted). |
| *Rios Porras v. O'Neill*, No. CV 25-6801, 2025 WL 3708900 (E.D. Pa. Dec. 22, 2025)* | "As a condition of parole, Rios Porras was required to report to the Immigration and Customs Enforcement ("ICE") office nearest his final destination—Philadelphia—within 60 days of his release, and to report on an annual basis going forward. He reported to Philadelphia's ICE office within the 60 days. And, again as required, he reported into the same office for his annual check-in on December 1, 2025, at which he was detained by ICE and jailed in Philadelphia's Federal Detention Center." *Id*. at *1. |
| *Hayat v. O'Neill*, No. 3:25-cv-02416, 2026 LX 19658 (M.D. Pa. Feb. 27, 2026)* | Petitioner "has complied with all directions and requirements of asylum and immigration officers since being released on his own recognizance." *Id.* at *2-3. |
| *Bhatia v. O'Neill,* No. 25-6809, 2025 WL 3530075 (E.D. Pa. Dec. 9, 2025)* | "Here, nothing in the record suggests that Bhatia poses any such risk—Bhatia has had no criminal involvement in the United States, and nothing in the government's Response indicates that he would be likely to flee or threaten the safety of his community." *Id*. at *3. |
| *Kanaut v. Rose*, No. 25-6869, 2026 WL 36690 (E.D. Pa. Jan. 6, 2026) | "As a condition of his release, Petitioner was required to attend routine check-ins with ICE. Petitioner complied with this condition and appeared at the Philadelphia ICE office when required, the last time being on December 3, 2025, when he was detained." *Id*. at *1 (citations omitted). |
| *Mardet v. Jamison,* No. 25-7169, 2025 WL 3772152 (E.D. Pa. Dec. 31, 2025) | "As a condition of his release, Petitioner was required to report to the ICE office near his final destination within 60 days or face removal from the United States. Petitioner complied with this condition and appeared at the Philadelphia ICE office when required, the last time being on December 16, 2025, when he was detained . . . The parties |

3

| Case | Compliance |
|---|---|
|  | have not made the Court aware of any criminal history of Petitioner." *Id*. at *1 (citations omitted). |
| *Salinas Jaigua v. Jamison,* No. 25-7115, 2025 WL 3757076 (E.D. Pa. Dec. 29, 2025) | "The parties have not made the Court aware of any criminal history of Mr. Salinas Jaigua. Presumably, the Petitioner does not have a criminal history because, if one existed, the Court expects it would have been stated by the Respondents. While the Court does not rest its decision on presumptions, the Court does believe it is reasonable to infer that the absence of any commentary on a criminal history for Mr. Salinas Jaigua suggests that one does not exist." *Id*. at *1. |
| *Kumar v. Jameson,* No. 26-470, 2026 WL 244309 (E.D. Pa. Jan. 29, 2026) | "The parties have not made the Court aware of any criminal history of Mr. Kumar. As a condition of his release, Mr. Kumar was instructed to periodically report to ICE in Philadelphia. He complied with this requirement, and it was during his third ICE check-in on December 22, 2025 that he was arrested and taken into custody." *Id.* at *1 (citations omitted). |
| *Francois v. Noem,* No. 25-7334, 2026 WL 27565 (E.D. Pa. Jan. 5, 2026) | "Since his entry into the country, Francois has complied with all the conditions of his release to date." *Id*. at *1. |
| *Ali v. Warden, Pike Cnty. Corr. Ctr.,* No. 3:26-CV-00518, 2026 WL 801423 (M.D. Pa. Mar. 23, 2026) | "Since entering the United States, Ali has complied with immigration reporting requirements while residing in Florida and then Pennsylvania." *Id*. at *2. |
| *Nasimov v. Jamison,* No. 25-7420, 2026 WL 94615 (E.D. Pa. Jan. 13, 2026)* | "Since that time, he has been living, apparently without criminal incident, openly in the United States. Further, Mr. Nasimov has dutifully reported to the ICE office — where he was arrested — at a routine check-in with the Government." *Id.* at *5. |
| *Hussain v. O'Neill,* No. 26-35-KSM, 2026 WL 66891 (E.D. Pa. Jan. 8, 2026) | "Since 2023, Hussain has remained and resided in the United States and complied with immigration reporting requirements." *Id.* at *1 (citations and quotations omitted). |
| *Marcano v. Jamison,* No. 26-239, 2026 WL 196504 (E.D. Pa. Jan. 26, 2026)* | "Petitioners submitted timely asylum applications, attended immigration court hearings, and complied with ICE check-ins. Petitioner Derwis obtained his work authorization and a social security card" *Id.* at *1 (citations omitted). |
| *Cabreja Bueno v. O'Neill*, No. 26-304, 2026 LX 27676 (E.D. Pa. Feb. 13, 2026) | "Since that time, he has been living, apparently without criminal incident, openly in the United States. Further, Mr. Cabreja has dutifully reported to the ICE office — where he was arrested — at routine check-ins set by Government." *Id*. at *12 |
| *Brito Rivero v. Oddo*, No. 3:26-cv-776, 2026 WL 1382246 (W.D. Pa. May 18, 2026) | "He . . . has no criminal history . . . He was apprehended and taken into custody on January 20, 2026 while reporting for his scheduled ICE check-in …" *Id*. at *1. |

4

| Case | Compliance |
|---|---|
| *Panora-Chiriboga v. McShane*, No. 26-0634, 2026 WL 313464 (E.D. Pa. Feb. 5, 2026) | "On January 28, 2026, he was arrested by ICE while attending his scheduled ICE appointment…Panora-Chiriboga does not have any criminal history and was not detained for a specific infraction." *Id*. at *1 (citations omitted). |
| *Suarez v. Rose*, No. 26-790, 2026 LX 57281 (E.D. Pa. Feb. 11, 2026) | "Suarez has no criminal record in the United States and has complied with all the conditions of his release since entering the country." *Id*. at *2 |
| *Piurbeev v. Rose*, No. 26-910, 2026 WL 499907 (E.D. Pa. Feb. 23, 2026)* | "To the contrary, since arriving in the United States, Mr. Piurbeev has (1) submitted an application for asylum, (2) has work authorization, a social security number, and no demonstrable criminal record, (3) has attended his immigration court hearings, and (4) voluntarily appeared for a check-in with ICE, all of which indicate the opposite conclusion." *Id*. at *3. |
| *Baskaev v. Jamison*, No. 26-1053, 2026 WL 499911 (E.D. Pa. Feb. 23, 2026) | "Mr. Baskaev has been gainfully employed, has a Social Security number, files income taxes, and has no criminal history whatsoever. He has complied with all immigration requirements, including attending regular check-ins with Immigration and Customs Enforcement ("ICE")." *Id*. at *1 (citations omitted). |
| *Bernal-Silva v. Lowe*, No. 1:26-575, 2026 WL 923618 (M.D Pa. Apr. 6, 2026) | "He has no criminal history. On February 18, 2026, Bernal-Silva was unexpectedly taken into immigration custody during an Immigration and Customs Enforcement ("ICE") check-in." *Id*. at *1 (citations omitted). |
| *Kuldeep Singh v. Rife*, No. 3:26-CV-01161, 2026 WL 1507818 (M.D. Pa. May 29, 2026) | "On February 25, 2026, Singh attended a routine ICE check-in appointment in Philadelphia when ICE arrested him. Singh has no prior criminal record." *Id*. at *1 (citations omitted). |
| *Cardoso Rodrigues v. Jamison*, No. 26-1407, 2026 WL 676468 (E.D. Pa. Mar. 10, 2026)** | "Rodrigues has complied with all conditions of his removal proceedings and immigration release, including by regularly checking in with ICE during scheduled appointments." *Id*. at *1 (citations omitted). |
| *Da Silva-Siqueira v. Jamison,* No. 26-1437, 2026 WL 686955 (E.D. Pa. Mar. 11, 2026)** | "Da Silva-Siqueira has complied with all conditions of his removal proceedings and parole, including by regularly checking in with ICE during scheduled appointments." *Id*. at * 1. |
| *Beridze v. Jamison,* No. 26-1611, 2026 WL 766171 (E.D. Pa. Mar. 18, 2026)* | "As a condition of his parole, Beridze was required to check in with Immigration and Customs Enforcement ("ICE") at regular intervals. Petitioner timely filed an application for asylum with United States Citizenship and Immigration Services ("USCIS"), which remains pending. He attended all ICE check-ins as required by his parole." *Id.* at * 1 (citations omitted). |

5

| Case | Compliance |
|---|---|
| *Villa v. Jamison*, No. CV 26-1926, 2026 WL 907582, (E.D. Pa. Apr. 2, 2026)** | "Villa has complied with all conditions of his release, including attending his immigration court hearings and appearing for ICE check-ins. Id. On March 19, 2026, ICE detained Villa during a routine check-in without notice or any change in circumstances. At the time he filed his petition, Villa was detained at the FDC." *Id*. at *1 (citations omitted). |
| *Imamov v. Jamison*, No. CV 26-2204, 2026 WL 1164682 (E.D. Pa. Apr. 29, 2026) | "Following his release, Imamov complied with all conditions of his release." *Id*. at *1. |
| *Kumar v. Warden, Pike Cnty. Corr. Fac.*, No. 3:26-CV-1216, 2026 WL 1348119 (M.D. Pa. May 14, 2026) | "Two years later, on April 13, 2026, Petitioner was arrested while reporting for a check-in with ICE despite no change in material circumstances. Petitioner has no criminal record and has not violated any conditions of release from initial custody." *Id*. at *1 (citations and quotations omitted). |
| *Toure v. Jamison*, No. 26-2623, 2026 WL 1103022 (E.D. Pa. Apr. 23, 2026)** | "Mr. Toure filed a timely asylum application on July 2, 2024, obtained work authorization, and complied with his immigration proceedings and ICE reporting obligations." *Id*. at *1. |
| *Badalov v. Jamison*, No. CV 26-2663, 2026 WL 1132331 (E.D. Pa. Apr. 27, 2026)* | "He has complied with all ICE reporting requirements since entering the United States." *Id*. at *1. |
| *Singh v. Warden, Phila. Fed. Det. Ctr., PA*, No. CV 26-2758, 2026 WL 1181791 (E.D. Pa. Apr. 30, 2026) | "Since his arrival, Mr. Singh has complied with directives from the Department of Homeland Security ("DHS"), including regularly attending Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO") check-in appointments." *Id*. at *1. |
| *Carvajal v. Jamison*, No. CV 26-3027, 2026 WL 1480255 (E.D. Pa. May 27, 2026)** | "Presumably, Petitioner does not have a criminal history because, if one existed, the Court expects it would have been stated by Respondents. Petitioner has complied with all conditions of his removal proceedings and immigration release, including attending hearings and scheduled check-in appointments with Immigration and Customs Enforcement ("ICE") officials." *Id*. at *1. |
| *Castillo v. Jamison*, No. 26-3365, 2026 WL 1415036 (E.D. Pa. May 20, 2026) | "While in this country, he submitted an I-589 application for asylum, obtained employment authorization, and became the primary resource provider for his family. Castillo has a social security card and pays income taxes." *Id*. at *1. "Respondents do not contend that Castillo is dangerous or likely to flee." *Id*. at 4. |

| Case | Compliance |
|---|---|
| *Giraldo v. Jamison*, No. 26-3516, 2026 LX 200383 (E.D. Pa. June 1, 2026)[3] | "Both Petitioners are authorized to work legally in the United States, are gainfully employed, file their taxes, and help financially support their families. Neither Petitioner has a criminal history." *Id*. at *2. |
| *Dzindzibadze v. Jamison*, No. 26-3629, 2026 LX 235467 (E.D. Pa. May 29, 2026)* | "As an asylum applicant, Petitioner received work authorization and a social security number. Petitioner has no criminal history.<br>Pursuant to a condition of his release on recognizance, Petitioner was required to attend scheduled check-ins with Immigration and Customs Enforcement ('ICE'). On May 27, 2026, Petitioner appeared for a check-in, and he was detained by ICE without prior notice or an explanation for his detention despite complying with all ICE reporting requirements." *Id*. at *2. |
| *Tskhadadze v. Jamison*, No. 26-1580, 2026 LX 146139 (E.D. Pa. Mar. 13, 2026)* | "Tskhadadze has complied with all DHS conditions and has no criminal convictions." *Id*. at *2. |

---

[3] Because this petition included two petitioners, both of whom were found to be in compliance of the terms of their release, they are counted as two examples.