**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SOUMARE et al** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **RIFE et al** | : | **NO.: 26-cv-4332** |

**O R D E R**

**AND NOW**, this **6th** day of **JULY 2026**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Catherine Henry to the calendar of the Honorable Paul S. Diamond for further proceedings.

**FOR THE COURT:**

**WENDY BEETLESTONE**
**Chief Judge**

**ATTEST:**

**/s/George Wylesol**
**GEORGE WYLESOL**
**Clerk of Court**