**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **OUSMANE SOUMARE,** *et al.*, | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **Civ. No. 26-4332** |
| | : | |
| **JOHN E. RIFE,** *et al.*, | : | |
| **Defendants.** | : | |
| | : | |

## O R D E R

**AND NOW**, this 7th day of July, 2026, it is hereby **ORDERED** that Defendants **SHALL**

**respond** to Plaintiffs' Motion to Proceed Under Pseudonym (Doc. No. 11), Motion to Stay

Effective Date of Agency Action or Preserve Status or Rights (Doc. No. 12), and Motion for Class

Certification (Doc. No. 13) **on or before** July 13, 2026 at 12:00 p.m.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.