**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **OUSMANE SOUMARE,** *et al.*,<br>　　　　　　**Plaintiffs,** | : <br> : <br> : |
| 　　**v.** | :　　**Civ. No. 26-4332** |
| | : |
| **JOHN E. RIFE,** *et al.*,<br>　　　　　　**Defendants.** | : <br> : <br> : |

## O R D E R

In its Response to Plaintiffs' Motion to Stay Agency Action, the Government indicates that it "intend[s] to move to dismiss Plaintiffs' claims." (Doc. No. 35 at 4 n.1 ("This Court has already deferred a decision on class-certification until after it rules on the expected motion to dismiss, ECF No. 32, and should likewise defer any decision on Plaintiffs' motion to stay, as it may eliminate the need to rule on the motion.")).

\*　　　　　　　　　\*　　　　　　　　　\*

**AND NOW**, this 29th day of July, 2026, it is hereby **ORDERED** that the Government **SHALL** file its Motion to Dismiss **on or before** **August 12, 2026 at 12:00p.m.**  Plaintiffs **SHALL** respond **on or before** **September 2, 2026 at 12:00 p.m.**

　　　　　　　　　　　　　　　　　　**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　*/s/ Paul S. Diamond*
　　　　　　　　　　　　　　　　　　‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
　　　　　　　　　　　　　　　　　　Paul S. Diamond, J.